United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-2630WM

_____

United States of America,    *
                             *
              Appellee,      *    Appeal from the United States
                             *    District Court for the Western
       v.                    *    District of Missouri.
                             *
Huey J. Love,                *         [UNPUBLISHED]
                             *
              Appellant.     *

_____

Submitted: November 18, 1997
Filed: November 26, 1997

_____

Before FAGG, WOLLMAN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Huey J. Love appeals his drug-related sentence. Love contends the district court abused its discretion in rejecting the plea agreement as unduly lenient. A review of the record shows that Love's claim is unsupported by the record and without legal merit. We thus affirm Love's sentence without further discussion. See 8th Cir. R. 47B.

A true copy.

    Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.